1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**CENTRAL DISTRICT OF CALIFORNIA**

8

9  CHRISTOPHER KEARNEY,               )  Case No.: 8:18-cv-00610-MAA
                                      )
10        Plaintiff,                  )  [PROPOSED] ORDER AWARDING
                                      )  EQUAL ACCESS TO JUSTICE ACT
11     vs.                            )  ATTORNEY FEES AND EXPENSES
                                      )  PURSUANT TO 28 U.S.C. § 2412(d)
12  ANDREW SAUL,                      )  AND COSTS PURSUANT TO 28
    Commissioner of Social Security,  )  U.S.C. § 1920
13                                    )
          Defendant                   )
14                                    )
                                      )
15  _____  )

16        Based upon the parties' Stipulation for the Award and Payment of Equal

17  Access to Justice Act Fees, Costs, and Expenses:

18        IT IS ORDERED that fees and expenses in the amount of $3,500.00 as

19  authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized

20  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

21  DATE:  November 6, 2019

22        _____
          THE HONORABLE MARIA A. AUDERO
23        UNITED STATES MAGISTRATE JUDGE

24
25
26

-1-